UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRESCENT CAPITAL INVESTMENTS LLC, et al., <br><br> Appellants, <br><br> v. <br><br> HAROLD NILES, <br><br> Appellees. | Case No. C07-1733MJP <br><br><br> ORDER TO SHOW CAUSE |

On November 11, 2007, the Clerk of the Bankruptcy Court filed a notice of deficiency in this appeal. The notice states that although Appellant Crescent Capital Investments LLC filed a Notice of Appeal in September 2007, no designation of record or statement of issues on appeal or other documentation in prosecution of the appeal has been filed to date.

The Court ORDERS Appellant Crescent Capital Investments to SHOW CAUSE why this appeal should not be dismissed. Any response to this Order shall be filed no later than **January 31, 2008** and shall not exceed six (6) pages in length. If a response is filed, Appellee may respond. Appellee's response shall be filed no later than February 8, 2008, and shall not exceed six (6) pages in length. If Appellant does not file a response, this matter shall be dismissed.

The clerk is directed to send copies of this order to all counsel and pro se parties of record.

Dated: January 18, 2008.

Marsha J. Pechman
United States District Judge

ORDER — 1